**Order entered September 25, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00022-CV

### ROBERT PERRY, II, ET AL., Appellants

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05355-D**

## ORDER

Before the Court is appellants' September 23, 2014 "Motion to Extend Time to Reporter's Record to Continue the Appeal." The reporter's record was filed on August 26, 2014. Appellants' brief is due on September 25, 2014. Although appellants discuss extending the time to file the reporter's record, we treat the motion as a request for an extension of time to file their brief. We **GRANT** the motion **TO THE EXTENT** that appellants shall file their brief **on or before OCTOBER 27, 2014**. We caution appellants that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE